# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

CORY BRYAN NELSON,                )
                                  )
        Plaintiff,                )
                                  )
-vs-                              )    Case No. CIV-15-0429-F
                                  )
JERRY NILES, Sheriff, Garfield County  )
Jail, et al.,                     )
                                  )
        Defendants.               )

## ORDER

Plaintiff, a prisoner who appears *pro se* and whose pleadings are liberally construed, brings this action under 42 U.S.C. § 1983.

Magistrate Judge Bernard M. Jones' Report and Recommendation of November 4, 2015, is before the court. Doc. no. 14. In his Report, Magistrate Judge Jones recommends that the court dismiss this action without prejudice, for failure to prosecute. The Report advises plaintiff of his right to file an objection to the Report with the clerk of this court by December 4, 2015. The Report further advises that failure to make timely objection to the Report waives plaintiff's right to appellate review of both factual and legal issues contained in the Report. Plaintiff has not filed an objection or response to the Report, and plaintiff has not sought an extension of time within which to file any objection or response.

After review of the issues covered in the Report, with no objection having been filed, and having concluded that no further analysis is necessary, the Report and Recommendation of Magistrate Judge Jones is **ACCEPTED**, **ADOPTED** and

**AFFIRMED** in its entirety, and this action is **DISMISSED** without prejudice for failure to prosecute.

Dated this 18th day of December, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0429p001.wpd